■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN MOORE, Appellant.—Appeal unanimously dismissed as moot. (Appeal from order of Ontario County Court, Reed, J. —CPL 440.10.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

■ DEBORAH SMALLMAN et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 65981.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Lowery, J. (Appeal from judgment of Court of Claims, Lowery, J.—negligence.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.